FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Smith-Robinson 46566
(Last Name)   (Identification Number)

Diamonte Jon-Micheal
(First Name)   (Middle Name)

Harrison County ADC
(Institution)

4506 Marlena St unit 5 Bossier City LA 71111
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 02 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Gulfport Police Department
Address 2220 15 St Gulfport
MS 39501

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:25cv204 LG-BWR
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): N/A

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Diamonte Smith-Robinson   Prisoner Number: 461566
Address: 4506 Marlena St unit 15 Bossier City LA 71111

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Gulfport Police Department is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Diamonte Smith-Robinson   ADDRESS: 4506 Marlena St unit 15 Bossier City LA 71111

DEFENDANT(S):

officer NAME: Michael Artz And Gulfport Police Department   ADDRESS: 2220 15st Gulfport, MS 39501

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes (X)   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: _____

   _____

F. If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

      _____

      _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

      _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Police Brutality July 17 2024

They found me in a shed and assulted me by multipul officers that I dont have there name to give. They killed my father March 3 2018 and cousin November 2022 and possibly targeting me

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Monitary Compinsation And my Charges Droped and 5,000,000.00

Signed this 11 day of June, 20 25.

Signature of plaintiff, prisoner number and address of plaintiff: Diamonte Smith-Robinson  461566

I declare under penalty of perjury that the foregoing is true and correct.

6-11-25
(Date)

Signature of plaintiff: Diamonte Smith-Robinson

4